```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 25590
    PATRICIA ANN RIDGELL
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-2884

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 06/28/2005 and was confirmed 08/08/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.59%.

    The case was paid in full 08/07/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
CITI MORTGAGE              CURRENT MORTG        .00            .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED        16118.18           .00        1706.41
CAPITAL ONE                UNSECURED         2000.30           .00         211.77
CHASE MANHATTAN BANK       UNSECURED         9063.87           .00         959.59
ECAST SETTLEMENT CORP      FILED LATE        4044.91           .00            .00
MICHAEL B FINE             UNSECURED        NOT FILED          .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED         1834.41           .00         194.21
RESURGENT ACQUISITION LL   UNSECURED         4925.87           .00         521.50
NICOLE G LAWSON            DEBTOR ATTY       1,866.00                     1,866.00
TOM VAUGHN                 TRUSTEE                                         340.57
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 5,800.05

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        3,593.48
ADMINISTRATIVE                                   1,866.00
TRUSTEE COMPENSATION                               340.57
DEBTOR REFUND                                         .00
                        ---------------        ---------------
TOTALS                  5,800.05                 5,800.05
```

          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 25590 PATRICIA ANN RIDGELL

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 25590 PATRICIA ANN RIDGELL